UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Curt & Lori Johnson, | ) | |
| | ) | Case No. 17-47393 |
| U.S. Bank National Association, | ) | |
| Lender, Respondent | ) | |
| RUSHMORE, Servicer | ) | |
| Lender, Respondent | ) | Motion For Relief From Stay |
| | ) | To Enter Into Loan Modification |
| | ) | Agreement |

**MOTION FOR RELIEF FROM AUTOMATIC STAY TO
NEGOTIATE MORTGAGE LOAN MODIFICATION**

The Debtors, Curt & Lori Johnson, file this Motion for Relief from Automatic Stay to Negotiate Mortgage Loan Modification (the "Motion"), and, in support thereof, would show the Court the following.

1. The Court has jurisdiction of this Motion pursuant to 28 U.S.C. §§ 157(a) and 1334(a) and Local Rule 9.01(B)(1) of the United States District Court for the Eastern District of Missouri. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

2. The Debtors seek to conduct negotiations with the Debtors' current mortgage lender, **U.S. Bank National Association, Lender   (the "Lender"),  RUSHMORE, (the "Servicer")** , in an attempt to reach agreement on a modification of the loan  secured by the Debtor's(s') residential real estate located at **6 Weatherby Ct.,  Washington, MO 63090 (the "Loan").**

3. The Debtors request that the automatic stay of 11 U.S.C. §362(a) (the "Automatic Stay") be lifted for the limited purpose of allowing Loan modification negotiations with the Lender to take place.

4. Should the Debtors and the Lender reach an agreement on a Loan modification, the Debtors will seek further relief from the Automatic Stay so that the Debtors and the Lender may enter into the Loan modification. Such relief will be requested on no less than 10 days notice to the Chapter 13 Trustee.

WHEREFORE, premises considered, the Debtors request that the Court grant the relief requested in this Motion and any other such relief to which the Debtors may be entitled.

DATE**:  4/21/2022**

        **_/s/ Greg A. Luber ____
GREG A. LUBER, #32721/ Fed. #10541
501 First Capitol Drive
St. Charles, MO 63301
Telephone: 636/947-1122
Fax: 636/723-8519
Attorney for Debtor(s)
email: Gluber51@yahoo.com**

### CERTIFICATION OF SERVICE

I certify that a true and correct copy of the **MOTION FOR RELIEF** were filed electronically on  ____**4/21/2022 ,** with the United States Bankruptcy Court and has been served on the parties of interest via email by the Court's CM/ECF system as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the **MOTION FOR RELIEF** were filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties
listed below on

DATE**:  4/21/2022**

        **_/s/ Greg A. Luber ____
GREG A. LUBER, #32721/ Fed. #10541
501 First Capitol Drive
St. Charles, MO 63301
Telephone: 636/947-1122
Fax: 636/723-8519
Attorney for Debtor(s)
email: Gluber51@yahoo.com**

Diana S. Daugherty
Chapter 13 Trustee
P. O. Box 430908
St. Louis, MO 63143

Curt D. Johnson
6 Weatherby Ct.
Washington, MO 63090

Lori A. Johnson
6 Weatherby Ct.
Washington, MO 63090


Nationstar Mortgage LLC
Bonial & Associates P.C.
14841 Dallas Parkway
Suite 425
Dallas, TX 75254

Zachary George Edwards
Shapiro & Kreisman, LLC
13801 Riverport Dr Ste 502
Maryland Heights, MO 63043

Office of US Trustee
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

US Bank Trust NA
PO Box 10675
Greenville, SC 29603-0675

David Victor Noyce
11111 Nall Avenue
Suite 104
Leawood, KS 66211

US Bank Trust NA
Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619-2708